PROB 12B
(7/93)

Report Date: March 8, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 08 2010

JAMES R. LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shawn Necoleon Thompson       Case Number: 2:01CR00077-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 05/30/2002       Type of Supervision: Supervised Release

Original Offense: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute More than 50 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: TBD

Original Sentence: Prison - 120 months; TSR - 60 months

Date Supervision Expires: TBD

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Thompson is scheduled to release from Bureau of Prisons' custody on March 19, 2010. At this time, he does not have an address to release to the community. Therefore, it is respectfully recommended that the above condition be imposed to allow Mr. Thompson more time to establish a release address in the community.

Mr. Thompson has voluntarily signed the attached waiver after being advised of his right to a hearing before Your Honor and the assistance of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/08/2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

Prob 12B
Re: Thompson, Shawn Necoleon
March 8, 2010
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
FVS [X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_March 8, 2010_
Date

PROB 49
(3/89)

Case 2:01-cr-00077-FVS    Document 86    Filed 03/08/10

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____    Signed: _____
              Samuel Najera                          Shawn Necoleon Thompson
        U.S. Probation Officer                Probationer or Supervised Releasee

                                March 8, 2010
                                    Date