PROB 12B
(7/93)

Report Date: June 8, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 14 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shawn Necoleon Thompson       Case Number: 2:01CR00077-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 05/30/2002            Type of Supervision: Supervised Release

Original Offense: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute More than 50 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 03/19/2010

Original Sentence: Prison - 120 months; TSR - 60 months

Date Supervision Expires: 03/18/2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

Based on United States v. Stephens (9th Cir. 2005), the undersigned officer is respectfully requesting the above noted modification. Mr. Thompson has voluntarily signed the attached waiver after being advised of his right to counsel and a hearing before Your Honor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 8, 2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
FVS [X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

June 9, 2010
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 14 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

22    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____
Samuel Najera
U.S. Probation Officer

Signed: _____
Shawn Necoleon Thompson
Probationer or Supervised Releasee

_____June 8, 2010_____
Date