PROB 12B    Report Date: September 24, 2012
(7/93)

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 24 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shawn Thompson                Case Number: 2:01CR00077-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: May 30, 2002          Type of Supervision: Supervised Release

Original Offense: Distribution of Cocaine Base, 21    Date Supervision Commenced: March 19, 2010
U.S.C. § 841(a)(1); Possession with Intent to Distribute
More than 50 Grams of Cocaine Base, 21 U.S.C. §
841(a)(1)

Original Sentence: Prison - 120 Months;           Date Supervision Expires: March 18, 2015
                   TSR - 60 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22. You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psycho tropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

On April 23, 2012, a report was submitted to Your Honor for the purpose of notification regarding Mr. Thompson's noncompliance with a condition of supervised release. Mr. Thompson is not to commit another Federal, state or local crime. Mr. Thompson was arrested for malicious mischief of personal property on November 13, 2011, and for violation of a no-contact order on December 22, 2011. He immediately reported the allegations to this office. No action was requested as Mr. Thompson attended his court dates, had secured approved housing, and continued to maintain employment.

On May 2, 2012, Mr. Thompson pled guilty to violation of a no-contact order, and was sentenced by Spokane Municipal Court to 90 days in jail, with credit for 2 days served and a $43 fine.

Mr. Thompson has now been released from confinement, secured approved housing and is employed full time. He has agreed to sign a modification of his conditions waiving his right to a hearing. He was informed by the undersigned officer that due to his recent arrests and conviction for domestic violence, he needs the support and assistance from a mental health counselor to redirect his noncompliant behavior. Mr. Thompson was advised that if this behavior continues, the undersigned officer will submit a violation report to the Court requesting action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/24/2012

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

September 24, 2012
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

22.  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psycho tropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

Witness: _____
Patrick J Dennis
U.S. Probation Officer

Signed: _____
Shawn Thompson
Probationer or Supervised Releasee

September 21, 2012
Date